UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHARLES RAY DEDON AND**            **CIVIL ACTION**
**RICHARD L. BERRY**

**VERSUS**            **NO. 06-1330**

**HERRING GAS COMPANY, INC.**            **SECTION "K"(4)**

### ORDER

A hearing was held on July 17, 2006 to discuss defendant's Motion for Preliminary Injunction (Rec. Doc. No. 14) wherein testimony was taken. For the reasons stated orally on the Record, defendant's Motion for Preliminary Injunction (Rec. Doc. No. 14) is hereby **GRANTED** in part and **DENIED** in part.

Signed this 18th day of July, 2006 in New Orleans, Louisiana.

                                         **STANWOOD R. DUVAL, JR.**
                              **UNITED STATES DISTRICT COURT JUDGE**